**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. _____

**AGOSTO LOPEZ, LUIS & FLORES DELGADO, ROSANNETTE**  Chapter **13**
　　　　　　　　　　Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☑ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **9/30/2010**　　　　　　☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION　　　　Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **150.00** x **44** = $ **6,600.00**
$ **350.00** x **16** = $ **5,600.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **12,200.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **12,200.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,674.00**

Signed: **/s/ LUIS AGOSTO LOPEZ**
　　　　Debtor

　　　　**/s/ ROSANNETTE FLORES DELGADO**
　　　　Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RG MORTGAGE COF**　Cr. _____　Cr. _____
# **1507**　　　　　　　#_____　　　　#_____
$ **1,760.00**　$_____　$_____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **EMPRESAS BERRIO**　Cr. _____　Cr. _____
# **07-031297-02**　#_____　#_____
$ **2,000.00**　$_____　$_____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____　Cr. _____　Cr. _____
# _____　# _____　# _____
$ _____　$ _____　$ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**COOP SAN JOSE**
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**RELIABLE FINANCIA**　**RG MORTGAGE COF**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
　　　　　　　　☐ Paid 100% / ☐ Other: _____
Cr. _____　Cr. _____　Cr. _____
# _____　# _____　# _____
$ _____　$ _____　$ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**Tax refunds will be devoted each yer, as periodic payments, to the plan's funding until plan completion. The tender of such payments shall deem the plan modified by such amount, increasing the base thereby without the need of further notice, hearnig or Court order. If need be for the use by debtor(s) of portion of such refund, debtor(s) shall seek court's authorization prior to any use of funds.**

Attorney for Debtor  **Miriam A. Murphy Murphy Law Office**　　Phone: **(787) 263-2377**